Bluestone Law, Ltd.
Minh Ngoc Nguyen (MN 8607)
4405 East-West Highway, Suite 402
Bethesda, MD  20814
Tel: 301-656-0230

LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein (JB 4053)
Attorneys for Plaintiffs
880 Third Avenue
New York, NY  10022
Tel: 212-371-0033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
THE GOVERNOR & COMPANY OF THE BANK
OF IRELAND

|                    | Plaintiff, | 08 Civ. 01810 (LAP) (FM) |
|--------------------|------------|--------------------------|

    -against-                                    **RULE 7.1 STATEMENT**

KEVIN TREACY

                  Defendant.

-----------------------------------------------------------------------X

       Plaintiff Governor & Company Of The Bank Of Ireland ("Plaintiff"), by and through

undersigned counsel, hereby certifies that it has no parent corporation and that there is

no publicly held corporation that owns 10% or more of stock in it.

Dated:  New York, New York
       February 20, 2008

                            _____/s/_____

                            Jonathan A. Bernstein (JB 4053)
                            LEVY DAVIS & MAHER, LLP
                            880 Third Avenue

New York, NY  10022
Tel. (212) 371-0033


Minh Ngoc Nguyen (MN 8607)
BLUESTONE LAW, LTD.
4405 East-West Highway, Suite 402
Bethesda, Maryland 20814
Tel. (301) 656-0230

Attorneys for Plaintiff