BLUESTONE LAW, LTD.
Minh Ngoc Nguyen (MN8607)
4405 East West Highway, Ste. 402
Bethesda, MD 20814
Tel:  301-656-0230

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE GOVERNOR & COMPANY OF THE BANK
OF IRELAND

        Plaintiff,        08  Civ. 01810 (LAP) (FM)

  -against-        **NOTICE OF APPEARANCE**

KEVIN TREACY

        Defendant.

-------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Plaintiff, The Governor & Company of the Bank of Ireland.

Dated:    Bethesda, MD
           March 4, 2008

                      BLUESTONE LAW, LTD.

                By:   ___/s/_____
                      Minh Ngoc Nguyen (MN8607)
                      Attorneys for Plaintiff
                      4405 East West Highway, Ste. 402
                      Bethesda, MD 20814
                      Tel:  301-656-0230