PRESKA, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
THE GOVERNOR & COMPANY OF THE
BANK OF IRELAND,                          :   08 Civ. 01810 (LAP)
                         Plaintiff,       :   **STIPULATION**
         - against -                      :
KEVIN TREACY,                             :
                         Defendant.       :
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the the parties that Defendant's time to answer or move in response to the within complaint is extended to and including April 28, 2008.

Dated:    New York, New York
          March 18, 2008

_____
Jonathan A. Bernstein (JB 4053)
Levy Davis & Maher, LLP
880 Third Avenue, Ninth Floor
New York, New York 10022
(212) 371-0033
Attorneys for Plaintiff

_____
Kevin Treacy
2 Birch Lane
Rye Brook, New York 10573
Defendant Pro Se

SO ORDERED:

Dated: New York, New York
       March 28, 2008

_____
Loretta A. Preska, U.S.D.J.