UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE GOVERNOR & COMPANY OF THE           :      08-CV-01810 (LAP)
BANK OF IRELAND,                        :
                                        :
                Plaintiff,      :
                                        :
    -v-                                 :
                                        :
KEVIN TREACY,                           :
                                        :
                Defendant.      :
-----------------------------------------------------------x

PRESKA, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

### RULE 41(a)(1) NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff hereby dismisses its Complaint against defendant, and all claims therein, with prejudice.

Dated: May 27, 2008.

The Governor & Company of the Bank of
Ireland by its attorneys, LEVY DAVIS
& MAHER, LLP and BLUESTONE LAW, LTD.

_____
Jonathan A. Bernstein, Esq.
LEVY DAVIS & MAHER, LLP
880 Third Avenue, 9th Flr.
New York, NY 10022
(212) 371-0033
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

RECEIVED
JUN 0 9 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

June 9, 2008

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:
_____
LORETTA A. PRESKA, U.S.D.J.